**Order entered August 8, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00462-CV

**SIG-TX ASSETS, LLC D/B/A LINCOLN FUNERAL HOME, Appellant**

**V.**

**BEATRICE SERRATO, INDIVIDUALLY, BEATRICE SERRATO, AS MOTHER AND NEXT FRIEND OF M.S., A CHILD, PHILLIP SERRATO, AND SYLVIA RAMIREZ, Appellees**

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-17209**

## ORDER

Before the Court is appellant's August 6, 2018 unopposed motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to **August 15, 2018**.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE